AO 93 (Rev. 12/09) Search and Seizure Warrant

___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

OCT - 4 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) Case No. MJ13-475 |
| U.S. Mail Parcel / Insured Letter Bearing Confirmation # 13091040000054265950 | ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:
U.S. Mail Parcel / Insured Letter Bearing Confirmation #13091040000054265950, more fully described in Attachment A, attached hereto and incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Please see Attachment B, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____October 4, 2013____
                                                                                                      *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Any U.S. Magistrate Judge_____.
                            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                         ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __September 20, 2013 3:30pm__     __James P. Donohue__
                                                                                                              *Judge's signature*

City and state:    __Seattle, Washington__          __JAMES P. DONOHUE, U.S. Magistrate Judge__
                                                                                                *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ13-475 | 9-23-13 0845 hrs | Postal Inspection Service |

Inventory made in the presence of: Inspector Nelson Rivera

Inventory of the property taken and name of any person(s) seized:

Nothing Seized

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 10/7/13 RB7

Date: 9-23-13

_____
Executing officer's signature

Bryce Dahlin  Postal Inspector
Printed name and title

## ATTACHMENT A
<u>Letter to be searched</u>

One Express Class letter addressed to "Eric Nielson, 33 Rose Ridge Loop, Bellingham, Washington 98229" with a return address of "Thaddeua Hunnicutt, 2116 N. 147th St., Shoreline, WA 98133." This parcel is an insured letter in a standard business class envelope, with a weight of approximately .77 ounces. This parcel is postmarked September 9, 2013, from zip code 98133, in Shoreline, Washington and carries $1.61 in postage. The delivery confirmation number is 13091040000054265950.

ATTACHMENT A
PARCEL TO BE SEARCHED                    -1-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

    a.    Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

    b.    Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

    c.    Controlled substance-related paraphernalia;

    d.    Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

    e.    Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

    f.    Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

ATTACHMENT B
ITEMS TO BE SEIZED                    -1-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970